| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | DEC 26 2024 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

ROBERT MENZER,

    Plaintiff - Appellant,

 v.

U.S. BANCORP and RESIDENTIAL FUNDING MORTGAGE SECURITIES I, INC., MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-SA5,

    Defendants - Appellees.

No. 23-3075

D.C. No. 3:23-cv-00299-MMD-CLB

District of Nevada, Reno

MANDATE

    The judgment of this Court, entered November 07, 2024, takes effect this date. Costs are taxed against Appellant in the amount of $24.50.

    This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT